**Order filed, October 31, 2018.**



In The

# Fourteenth Court of Appeals
———————

**NO. 14-18-00918-CR**
———————

**GARY DAVIS GARRETSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 399th Judicial District Court
Bexar County, Texas
Trial Court Cause No. 2017CR12813

## ORDER

The reporter's record in this case was due **October 30, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Letitia Moncivais**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM